IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES TIMOTHY BULLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-CV-977-WKW |
| ) | |
| DR. BATES OF Q.C.H.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 5), and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted and that:

1. Plaintiff's claims against the Montgomery County Commissioners be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

2. The Montgomery County Commissioners be DISMISSED as defendants to this cause of action; and

3. This case with respect to Plaintiff's claims against the remaining defendants be referred back to the Magistrate Judge for appropriate proceedings.

Done this 7th day of January 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE