IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES TIMOTHY BULLOCK, 4-D-14,　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　)　　CASE NO. 2:08-CV-977-WKW[WO]
　　　　　　　　　　　　　　　　　　　　　)
DR. BATES OF Q.C.H.C., *et al.*,　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　)

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 32), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that Plaintiff's Motion to Dismiss (Doc. # 31) is GRANTED.

It is further ORDERED that Plaintiff's action is DISMISSED without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that no costs are taxed for or against any party.

The Clerk of the Court is DIRECTED to close this case.

Done this 6th day of November, 2009.

　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE